1  WO

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9  Veronica Arnold, on behalf of herself and)     No. CV-01-1463-PHX- LOA
   all other persons similarly situated, et al.,)
10                                           )     **ORDER RE: DISSEMINATION**
                                             )     **OF NOTICE TO CLASS OF**
11            Plaintiffs,                    )     **PROPOSED SETTLEMENT**
                                             )
12  vs.                                      )
                                             )
13  Arizona Department of Public Safety, et) 
    al.,                                     )
14                                           )
              Defendants.                    )
15  _____ )

16          The parties' proposal for publishing the Notice to Class of Proposed Settlement,

17  (Dkt. # 80), (the "Notice") is woefully inadequate to fairly apprize all of Arizona's 21 Indian
18
    communities; Arizona's African-American, Arab-American and Asia-American residents;
19
20  Arizona's Spanish-speaking only residents and the western and eastern communities of the

21  District of Arizona of the proposed settlement. The parties' proposal for publishing the Notice
22
    to Class of Proposed Settlement is hereby expressly disapproved.
23
24          Assuming the parties are able to agree on the apportionment and payment of the

25  cost of publishing the Notice entered by separate order, the Court directs the parties to publish

26  the Notice in the following newspapers, once per week for four consecutive weeks, with the
27
    goal of reasonably attempting to reach as many class members as possible. See, Fed. R. Civ.
28

P. 23(e); <u>Franks v. Kroger Company</u>, 649 F.2d 1216, 1222 (6th Cir. 1981) (trial courts have

"'virtually complete discretion' in selecting the kind of notice to employ in order to inform [Rule

23(b)(2)] class members of a settlement hearing.") (citing Wright & Miller, <u>Federal Practice and

Procedure</u>: Civil § 1979).  The costs of publishing shall be shared or paid by the parties as they

may agree. Upon the completion of all the directives set forth herein, Plaintiffs' lead counsel

shall sign and file a Notice of Compliance on or before (to be determined), 2006.

**A.  Newspapers throughout Arizona and its various regions:**

The Court's approved Notice shall be published, once per week for four consecutive
weeks, or a similar period of time if published less than weekly, in the following newspapers:

1.      *The Arizona Daily Sun* (Flagstaff)
        P. O. Box 1849
        Flagstaff, AZ 86002

2.      *The Arizona Republic*
        State Desk
        P. O. Box 1950
        Phoenix, AZ 85001

3.      *The Navajo Times* (Navajo and Hopi Reservations)
        P. O. Box 310
        Window Rock, AZ 86515

4.      *The Arizona Daily Star* (Tucson)
        4850 S. Park Avenue
        Tucson, AZ 85714

5.      *The Yuma Sun* (Yuma)
        2055 Arizona Avenue
        Yuma, AZ 85364

6.      *Prescott Daily Courier* (Yavapai-Prescott Indian Reservation)
        P. O. Box 312
        Prescott, AZ 86302

/ / /

/ / /

7.    *San Carlos Apache Moccasin* (San Carlos Apache Indian Reservation)
      P. O. Box 31
      Globe, AZ 85502

8.    *Fort Apache Scout* (White Mountain Apache Indian Reservation)
      P. O. Box 890
      White River, AZ 85941

9.    *Mohave Valley Daily News* (Bullhead City) (Fort Mojave Tribal Community)
      P. O. Box 21209
      Bullhead City, AZ 86401-1209

10.   *The Kingman Daily Miner*
      3015 Stockton Hill Road
      Kingman, AZ 86401

**B.  Other Methods For Notice Dissemination in Arizona**

1.  Mail or e-mail a detailed, agreed-upon-by- all-parties press release ("the press release") and Notice to each and every Arizona Indian tribe and invite posting and dissemination within each Indian community within their sole discretion. A list and the mailing address of each Arizona Indian tribe may be found on the webpage of the Inter-Tribal Council of Arizona at http://www.itcaonline.com Click on the "Member Tribes" link to obtain the contact information for each of Arizona's 21 Indian tribes.

2. Mail or e-mail the press release and Notice to the following organizations, or its named representative, and invite posting and dissemination amongst its members within its sole discretion:

       a. Arizona chapter of the Arizona Asian American Bar Association, c/o George Chen, President, Bryan Cave LLP, Two North Central Ave., Suite 2200, Phoenix, Az 85004; phone: (602) 364-7467; fax: (602) 364-7070.

       b. Arizona chapter of the National Bar Association of African American Attorneys, c/o Jonae Harrison, President, Hazel B. Daniels Law Association, 303 E. Palm Lane, Phoenix, AZ 85004; phone: (602) 207-8048; fax: (602) 207-8060.

       c. Arizona chapter of the Hispanic National Bar Association, c/o Margarita Silva, President, Los Abogados Hispanic Bar Association, Navidad, Leal & Silva, PLC, 323 W. Roosevelt, Suite 200, Phoenix, Az 85003; phone: (602) 257-0000; fax: (602) 251-3170; margarita.silva@azbar.org

3.  Mail or e-mail the press release and Notice in both the English and Spanish languages to either one of the two largest Spanish-only newspapers in the District of Arizona:

a. *La Voz*, 800 N. First Ave., Phoenix, Az 85003; phone: (602) 253-9080. Contact person is Elvira Ortiz at elviraortiz@lavozpublishing.com or

b. *Prensa Hispana* Spanish Newspaper, 809 E. Washington St., Suite 209, Phoenix, Az 85034; phone: (602) 256-2443. Email address is www.prensahispanaaz.com

The cost of, or other arrangement for, translation from English to Spanish shall be as the Plaintiffs and newspaper may agree.

4.  Mail or e-mail the press release and Notice to Dr. Zuhdi Jasser, President, American Islamic Forum for Democracy, 1301 E. McDowell Rd., Suite 202, Phoenix, Az 86006; phone: (602) 254-1840. The web address is www.aifdemocracy.org

5.  Mail or e-mail the press release and Notice to William Straus, Executive Director, The Anti-Defamation League, Arizona Chapter, One East Camelback Rd., Suite 670, Phoenix, Az 85012; phone (602) 274-0991.  Email address is bstraus@adl.org

**C. Other Methods For Notice Dissemination inside and outside Arizona**

1. Mail or e-mail the press release and Notice to the following organizations, or its named representative, which enjoy a national audience and invite posting and dissemination amongst its members within its sole discretion:

a. Editor of the national Indian webpage at www.penchanga.net and National Native American Bar Association at www.nativeamericanbar.org

b.  Arab-American Bar Association, Edward Shisheim, President, 53 W. Jackson Blvd., Suite 1603, Chicago, IL. 60604; (312) 362-0123 or bar@arabbar.org ; phone: (312) 946-0110.

c. Hispanic National Bar Association at www.hnba.org or Regan Armstrong, President, at regan.armstrong@armstrongbedell.com

d. National Asian Pacific American Bar Association (NAPABA) at www.napaba.org

e. National American Civil Liberties Union (ACLU)

f.  National Association for the Advancement of Colored People (NAACP)

g.  National Council of *La Raza* (NCLR)

h.  Mexican American Legal Defense and Education Fund (MALDEF)

i.  National Legal Aid and Defender Organization (NLADO)

    j.  National Puerto Rican Coalition (NPRC)

    k.  National Urban League (NUL)

**D. Dissemination to periodicals outside Arizona**

1.    Mail the detailed press release and Notice to the editorial desk of the following periodicals:

    a.  "The Crisis", the magazine of the NAACP.

    b.  "La Opinion", Los Angeles' largest Spanish-language daily. The press release and Notice shall be both in the English and Spanish languages.

    c.  "Hoy/El Diario", New York's largest Spanish-language daily. The press release and Notice shall be both in the English and Spanish languages.

    d.  "The Amsterdam News", a daily newspaper of Harlem, New York and flagship paper of the "Black Press of America", a consortium of more than 200 African-American newspapers across the United States.

    DATED this 28th day of March, 2006.

Lawrence O. Anderson
United States Magistrate Judge