**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Veronica Arnold, on behalf of herself and all other persons similarly situated, et al., ) ) ) Plaintiffs, ) ) vs. ) ) Arizona Department of Public Safety ) ("DPS"), et al., ) ) Defendants. ) ) | No. CV-01-1463-PHX-LOA<br><br>**ORDER** |

       This is the time set for informal status conference. Plaintiffs are represented by co-counsel, Lee Phillips and Reginald Shuford. Defendants are represented by counsel, Franklin J. Hoover. Court reporter is not present.

       The Court confirms by counsels' oral acknowledgments, consistent with the parties' Stipulation Regarding Cost Of Publishing Notice etc. (docket # 86), that the State of Arizona's Department of Administration, Risk Management Section, will pay for all costs directly associated with the publishing the Notice To Class Of Proposed Settlement ("the Notice") set forth in this Court's order (docket # 85), entered herein on March 28, 2006. With the exception of *The Arizona Republic*, and a few typographical errors and the wrong case number which counsel shall correct, counsel agree to timely publish the Notice and otherwise comply with the March 27 and 28, 2006 orders entered herein. (docket ## 84 and 85). Due to the excessive cost to publish the Notice in Arizona's largest and most widely circulated newspaper for four consecutive weeks, the parties, upon their expressed agreement, shall timely publish the Notice in *The Arizona Republic* once per week for only two consecutive weeks.

1 Counsel and the Court also agree to the date for the fairness hearing, the deadline for filing
2 written objections to the proposed settlement and the procedure by which counsel may obtain
3 copies of the written objections, if any, after the deadline date.

4       **IT IS ORDERED** setting the fairness hearing for **Friday, July 28, 2006 at 2:00**
5 **p.m**. before the undersigned in the Sandra Day O'Connor U. S. Courthouse, Courtroom 302, 401
6 W. Washington, Phoenix, Arizona for the Court to determine if the proposed settlement is
7 fundamentally fair, adequate, and reasonable.

8       **IT IS FURTHER ORDERED** that upon the completion and distribution of the
9 publication of the Notice in all newspapers, magazines, entities and/or persons identified in the
10 Court's March 28, 2006 order (docket # 85), counsel shall be responsible, jointly and severally,
11 for timely filing a single Notice Of Compliance, identifying with specificity therein in such a
12 fashion that the Court may verify full compliance with such order.
13

14       **IT IS FURTHER ORDERED** that if any class member or class member's
15 counsel who objects to the terms of the proposed settlement agreement must file a timely written
16 objection. Any untimely or improperly filed written objection received after **July 14**, **2006** may
17 not be considered by the Court except for good cause shown. All objections must be made in
18 writing and shall be filed with, or sent by first class mail to, the Clerk of the Court and must be
19 **received** by the Clerk no later than **July 14**, **2006**. The envelope and the enclosed written
20 objection setting forth the reason(s) for the objection should be addressed as follows:

21 CLERK, UNITED STATES DISTRICT COURT
22 401 W. Washington, SPC 1
Phoenix, AZ 85003-2118
23

24 Re:  Arnold v. DPS
Case number: CV-01-1463-PHX-LOA

25       **IT IS FURTHER ORDERED** that any person who supports or opposes the
26 subject settlement shall not mail, telephone, e-mail, fax or otherwise contact the assigned
27
28

1  magistrate judge or his chambers' staff except through the written objections set forth above or
2  through counsel of record.
3      DATED this 4th day of May, 2006.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge