**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Veronica Arnold, on behalf of herself and all other persons similarly situated, et al., )<br><br>Plaintiffs, )<br><br>vs. )<br><br>Arizona Department of Public Safety ("DPS"), et al., )<br><br>Defendants. ) | No. CV-01-1463-PHX-LOA<br><br>**ORDER** |

      Upon the Court's review of the Plaintiffs' Notice of Filing Re: Status of Publication (Dkt. #90), it appears the last date of publication of the "Notice" was July 13, 2006.

      **IT IS ORDERED** Plaintiffs shall file on or before **Friday, July 21, 2006** the Notice of Compliance set forth in this Court's Order (Dkt. #88), entered on May 5, 2006, and shall attach thereto copies of all publications, press releases, e-mails and communications in such a fashion that this or a higher court may independently verify full and complete compliance with this Court's prior orders.

      DATED this 14th day of July, 2006.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge