**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Veronica Arnold, on behalf of herself and all other persons similarly situated, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Arizona Department of Public Safety ("DPS"), et al., <br><br> Defendants. | No. CV-01-1463-PHX-LOA <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal With Prejudice filed July 31, 2006 (docket #95), and for good cause shown,

**IT IS ORDERED** that this matter and all claims included therein are to be dismissed in full with prejudice (except as to damages claims of unnamed individual class members, which are to be dismissed without prejudice).

**IT IS FURTHER ORDERED** each party will bear his/her/its own costs and attorney fees (except as otherwise provided for in the Court's Order Granting Motion for Approval of Settlement Agreement (docket #94).

DATED this 7th day of August, 2006.

Lawrence O. Anderson
United States Magistrate Judge